UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:

XIAO LING

    Debtor.

Case No.: 20-23376-EPK
Chapter: 7

## MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY

*Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this motion. Any scheduled hearing may then be canceled.*

**COMES NOW** the Debtor, XIAO LING ("DEBTOR"), by and through undersigned counsel, respectfully moves this Court to issue an Order to avoid a judicial lien impairing Debtor's exemptions pursuant to 11 U.S.C. 522, Bankruptcy Rule 4003(d), and in support thereof state as follows:

1. This proceeding was originally filed on December 8, 2020, as a voluntary Chapter 13 bankruptcy. Nicole Testa Mehdipour was appointed as the Chapter 7 Trustee. The 11 U.S.C. § 341 meeting of creditors is to be held on January 12, 2021.

2. Debtors' petition lists certain real property as homestead and exempt pursuant to Fla. Const. art. X, § 4(a)(1), and Fla. Stat. §§ 222.01, 222.02. Said property is more fully described as follows:

    LOT 223, TRAILS AT CANYON – PLAT THREE, according to the plat thereof, as recorded in Plat Book 113 at Page 174, of the Public Records of Palm Beach County, Florida

    Parcel I.D.: 00-42-45-29-12-000-2230

    Street Address: 8512 Serena Creek Ave., Boynton Beach, FL 33473

3. Sunrise Food Trading, Inc., and Credit Counsel, Inc., ("CREDITORS") were named as creditor's in Debtor's Bankruptcy Petition. Creditors hold a judgment in the amount of $269,872.90 recorded on February 12, 2020 in Book 31220, Page 1879-1881, of the Public Records of Palm Beach County, Florida, and on February 12, 2020 in Book 31220, Page 1871-1878, of the Public Records of Palm Beach County, Florida. A copy of said judicial lien is attached hereto and incorporated by reference as **EXHIBIT "A."**

4. Said lien is not a domestic support obligation as set forth in 11 U.S.C. §523(a)(5)

5. Said lien impairs an exemption to which Debtor is entitled under Fla. Const. art. X, § 4(a)(1), and Fla. Stat. §§ 222.01, 222.02. Pursuant to 11 U.S.C. 522(f), Debtor seeks to avoid the lien as it "impairs an exemption" to which Debtor is entitled.

**WHEREFORE**, Debtor respectfully requests this Court enter an Order granting this Motion, void the judicial lien created by Sunrise Food Trading, Inc., and Credit Counsel, Inc., reclassify the claim as an unsecured claim, and any further relief this Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

    Respectfully submitted,

    KLEIN LAW GROUP, PA
    4800 N. Federal Hwy., Suite B-307
    Boca Raton, Florida 33431
    Tel:   (561) 353.2800
    Fax:   (561) 353.1250
    Email: enk@kleinattorneys.com
    Attorney for Debtors

    By: */s/ Eric Klein*_____
       Eric N. Klein
       Florida Bar No.: 0035985

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:

XIAO LING

Case No.: 20-23376-EPK
Chapter: 7

Debtor.

## ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY

**THIS CAUSE** having come before the court upon the Debtor's *Motion to Avoid Judicial Lien on Exempt Property* [E.C.F. ##] without objection, and the movant by submitting this form of order having represented that the motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the motion, and that the form of order was attached as an exhibit to the motion, accordingly it is **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. That the lien placed by Sunrise Food Trading, Inc., and Credit Counsel, Inc., ("CREDITORS") in the amount of $269,872.90 plus interest, recorded on February 12, 2020 in Book 31220, Page 1879-1881, of the Public Records of Palm Beach County, Florida, and on February 12, 2020 in Book 31220, Page 1871-1878, of the Public Records of Palm Beach County, Florida, on the following property:

> LOT 223, TRAILS AT CANYON – PLAT THREE, according to the plat thereof, as recorded in Plat Book 113 at Page 174, of the Public Records of Palm Beach County, Florida
>
> Parcel I.D.: 00-42-45-29-12-000-2230
>
> Street Address: 8512 Serena Creek Ave., Boynton Beach, FL 33473

is hereby voided.

###

**Submitted by:**
Eric N. Klein, Esq.
Klein Law Group, P.A.
4800 N. Federal Highway, Suite 307-B
Boca Raton, FL 33431
Tel. (561) 353-2800

**Attorney Klein is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order and shall file a certification of service with the Clerk of the Court.**

Return to: (enclose self-addressed stamped envelope)

Name:

Address:

```
CFN 20200055840
OR BK 31220 PG 1879
RECORDED 02/12/2020 10:23:15
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1879 - 1881; (3pgs)
```

No. 4450442

## Certification

**STATE OF NEW YORK, COUNTY OF KINGS, SS:**

I, Nancy T. Sunshine, County Clerk and Clerk of Supreme Court Kings County,

do hereby certify that on January 10, 2020 I have compared

the document attached hereto,

Index #514805/2015, Judgment, Filed 02/26/2016 page(s) 2

with the originals filed in my office and the same is a correct transcript

therefrom and of the whole of such original in witness

whereto I have affixed my signature and seal.

NANCY T. SUNSHINE
KINGS COUNTY CLERK

EXHIBIT "A"

Book31220/Page1880
FILED: KINGS COUNTY CLERK 02/26/2016 09:00 AM
Case 20-23376-RDD Doc 12 Filed 12/21/20 Page 6 of 15
NYSCEF DOC. NO. 7
CFN#20200055840
RECEIVED NYSCEF: Page 2 of 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

*Index No.: 514805/2015*

SUNRISE FOOD TRADING INC.,

                  Plaintiff(s),

    - against -

Judgment Rendered in Favor
of Plaintiff, located at
4 Buchman Court
Bridgewater, New York 13313

EUAM FISHERIES (USA), LLC
D/B/A EUAM FISHERIES USA and
XIAO LING,

                  Defendant(s),

| | |
|---|---:|
| Amount claimed in complaint ---------$ | 258,931.00 |
| Interest from SEPTEMBER 15, 2015----- + | 10,406.90 |
| Subtotal (Amount + Interest) --$ | 269,337.90 |
| Costs by Statute---------------------$ | 200.00 |
| Service of summons and complaint -----$ | 40.00 |
| Affidavits ---------------------------$ | 0.00 |
| Transcripts and docketing ------------$ | 0.00 |
| Clerk's Fees entering Judgment -------$ | 45.00 |
| Postage ------------------------------$ | 0.00 |
| Marshall's Fees on execution ---------$ | 40.00 |
| Satisfaction Piece -------------------$ | 0.00 |
| Taxing Costs -------------------------$ | 0.00 |
| Fee for Index Number -----------------$ | 210.00 |
| Costs Taxed at $---------------------$ | 0.00 |
| Subtotal (Bill of Costs) --$ | 535.00 |
| Total Judgment Amount: | $ 269,872.90 |

**STATE OF NEW YORK, COUNTY OF ROCKLAND ATTORNEY'S AFFIRMATION**

    The undersigned, attorney at law of the State of New York and attorney of record for the plaintiff in the above entitled action, states that the disbursements above specified have been or will necessarily be made or incurred therein and are reasonable in amount; that the time of the defendant, **EUAM FISHERIES (USA), LLC D/B/A EUAM FISHERIES USA and XIAO LING,** to appear and answer herein has expired and that said defendant has not appeared and answered herein.

    The undersigned affirms this statement to be true under the penalties of perjury.

Dated: February 25, 2016

                                            DARREN J. EPSTEIN, ESQ.
                                            DARREN JAY EPSTEIN, ESQ. P.C.
                                            254 South Main Street, Suite 406
                                            New City, NY 10956
                                            (845) 634-1076

34980616

JUDGMENT entered on 2-26-16

Service of the summons and complaint in this action on the defendant herein having been completed on **December 15, 2015** by service through the Office of the Secretary of State, Albany, New York, thereof to defendant, **EUAM FISHERIES (USA), LLC D/B/A EUAM FISHERIES USA**, within the COUNTY OF BROWARD, and on **December 29, 2015**, by personal service, thereof to defendant, **XIAO LING**, within the COUNTY OF PALM BEACH, and more than 30 days having elapsed since the day of completion of service and the time of said defendant to appear and answer having expired, and the said defendant not having appeared and answered herein.

NOW, ON MOTION OF DARREN J. EPSTEIN, ESQ, P.C., attorneys for the plaintiff it is, ADJUDGED that SUNRISE FOOD TRADING, INC., plaintiff located at 4 BUCHMAN COURT, BRIDGEWATER, NEW YORK 13313 have judgment and recover of EUAM FISHERIES (USA), LLC D/B/A EUAM FISHERIES USA and XIAAO LING, defendant located at 1881 N POWERLINE ROAD, POMPANO BEACH, FLORIDA 33069 and 8512 SERENA CREEK AVENUE, BOYNTON, FLORIDA 33473, in the amount of $258,931.00 with interest in the amount of $10,406.90 with costs and disbursements, as taxed by the clerk, amounting in all to the sum of $269,872.90, and that plaintiff have execution therefore.

_____
Clerk

NANCY T. SUNSHINE
Clerk

DEFAULT JUDGMENT
FEE PAID 45.00

2016 FEB 26 AM 8:57

Return to: (enclose self-addressed stamped envelope)

Name:

Address:

```
CFN 20200055839
OR BK 31220 PG 1871
RECORDED 02/12/2020 10:23:15
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1871 - 1878; (8pgs)
```

IN THE CIRCUIT OF THE 15th JUIDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CREDIT COUNSEL, INC.,                           CASE NO:
as Assignee of SUNRISE TRADING,
INC.,
    Plaintiff,
vs.

EUAM FISHERIES (USA), LLC,
D/B/A EUAM FISHERIES USA
And XIAO LING,
    Defendants.
_____/

### AFFIDAVIT OF MICHAEL W. SKOP

STATE OF FLORIDA:
COUNTY OF BROWARD:

    BEFORE ME, the undersigned authority, duly qualified to take statements and acknowledgments under oath, personally appeared Michael W. Skop, and being by me first duly sworn, deposes and says that:

    1. My Name is Michael Skop, and I am Attorney for the Plaintiff/Judgment Creditor's Assignee, Credit Counsel, Inc., in connection with the domestication in Florida and enforcement of a certain Judgment issued by the Supreme Court of New York, County of Kings, and in proceedings supplementary in aid of execution. A copy of the Assignment is attached hereto as Exhibit "1". A copy of the Judgment is attached hereto as Exhibit "2".

    2. I base this Affidavit upon my own personal knowledge and I am over the age of 18 years.

3. The Judgment Debtor, Euam Fisheries (USA), LLC, d/b/a Euam Fisheries USA is a corporation with its principal address located at 8512 Serena Creek Avenue, Boynton Beach, FL 33473.

4. The Judgment Debtor, Xiao Ling is sui juris and a resident of Palm Beach County, Florida.

5. Credit Counsel, Inc. is the Assignee of Sunrise Food Trading, Inc., and the holder of the Default Judgment issued by the Supreme Court of New York, County of Kings, on February 26, 2016, in the case of *Sunrise Food Trading, Inc. v. Euam Fisheries (USA, LLC d/b/a Euam Fisheries USA and Xiao Ling*, Index No: 514805/2015 (the "New York Judgment"). The amount of the Judgment is Two Hundred Sixty-Nine Thousand Eight Hundred Seventy-Two Dollars and Ninety Cents ($269,872.90).

6. Pursuant to the Florida Enforcement of Foreign Judgment Act, Florida Statute Section 55.501-509, I provide the following information about the New York Judgment as the Judgment Debtors:

    Defendant/Judgment Debtor:

    Euam Fisheries (USA), LLC, 8512 Serena Creek Avenue, Boynton Beach,
      FL 33473
    Managing Member: Xiao Ling

    Defendant/Judgment Debtor:
    Xiao Ling, 8512 Serena Creek Avenue, Boynton Beach,
      FL 33473

7. Plaintiff, Credit Counsel, Inc. is a corporation principal place of business located at 8362 Pines Boulevard, Suite 316, Pembroke Pines, FL 33024.

8. As of the date that I make this Affidavit, neither Sunrise Food Trading, Inc., or its Assignee, Credit Counsel, Inc. has received any funds from the Judgment Debtors in satisfaction or partial satisfaction of the New York Judgment. Thus, the New York Judgment submitted to this Court for enforcement remains valid and outstanding.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Michael W. Skop

The foregoing instrument was acknowledged before me on _20_ day of November, 2019 by Michael W. Skop, who is personally known to me and who did take an oath.

_____
Notary Public at Large, State of Florida

My commission expires:



KATINA WILCHER
MY COMMISSION # GG 019193
EXPIRES: September 12, 2020
Bonded Thru Budget Notary Services



**Notice - Recording of Foreign Judgment**
This notice is pursuant to provisions under F.S. Chapter 55. The foregoing reflects the name & address of the Judgment Creditor & their attorney, if any. Mailed by Registered Mail # _RA299317463US_ on this _12th_ day of _February_ 20_20_
Sharon R. Bock, Clerk & Comptroller
By _____ D.C.

RA299317477US

# EXHIBIT "1"



*This is not a certified copy*



# Credit Counsel, Inc.
The Cash Flow Company

### Authorization for representation
### assignment OF DEBT

FOR VALUABLES CONSIDERATION, SUNRISE FOOD TRADING INC. HEREBY ASSIGNS TO CREDIT COUNSEL INC. AS OF 08/22/19 IT'S CERTAIN ACCOUNT AGAINST EUAM FISHERIES[USA] LLC DBA EUAM FISHERIES USA AND XIAO LING FOR ANY AND ALL MONIES THAT MAY BE DUE AND OWING, AND CREDIT COUNSEL INC. ASSIGNEE IS A REAL PARTY IN INTEREST AND MAY BRING AN ACTION IN COURT TO COLLECT THE DEBT THAT HAS BEEN IN DEFAULT.

BY: _____

PRINT: _Ping Song_____

TITLE: _President_____

Phone (305) 940-9020
Toll Free (877) CCI-7904
Fax (305) 940-9414

8362 Pines Blvd. Suite 316
Pembroke Pines, FL 33024
www.creditcounselinc.com

# EXHIBIT "2"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
SUNRISE FOOD TRADING INC.,

Index No.: 514805/2015

       Plaintiff(s),

Judgment Rendered in Favor
of Plaintiff, located at
4 Buchman Court
Bridgewater, New York 13313

- against -

EUAM FISHERIES (USA), LLC
D/B/A EUAM FISHERIES USA and
XIAO LING,

       Defendant(s),

```
Amount claimed in complaint ----------$    259,931.00
Interest from SEPTEMBER 15, 2015----- +     10,406.90
     Subtotal (Amount + Interest) --$      269,337.90

Costs by Statute --------------------$         200.00
Service of summons and complaint ----$          40.00
Affidavits --------------------------$           0.00
Transcripts and docketing -----------$           0.00
Clerk's Fees entering Judgment ------$          45.00
Postage -----------------------------$           0.00
Marshall's Fees on execution --------$          40.00
Satisfaction Piece ------------------$           0.00
Taxing Costs ------------------------$           0.00
Fee for Index Number ----------------$         210.00
Costs Taxed at $---------------------$           0.00
     Subtotal (Bill of Costs)    --$           535.00

     Total Judgment Amount:    $ 269,872.90
```

STATE OF NEW YORK, COUNTY OF ROCKLAND ATTORNEY'S AFFIRMATION

  The undersigned, attorney at law of the State of New York and attorney of record for the plaintiff in the above entitled action, states that the disbursements above specified have been or will necessarily be made or incurred therein and are reasonable in amount; that the time of the defendant, EUAM FISHERIES (USA), LLC D/B/A EUAM FISHERIES USA and XIAO LING, to appear and answer herein has expired and that said defendant has not appeared and answered herein.

  The undersigned affirms this statement to be true under the penalties of perjury.

Dated: February 25, 2016

DARREN J. EPSTEIN, ESQ.
DARREN JAY EPSTEIN, ESQ. P.C.
254 South Main Street, Suite 406
New City, NY 10956
(845) 634-1076

34980616

1 of 2

JUDGMENT entered on 2-26-16

Service of the summons and complaint in this action on the defendant herein having been completed on **December 15, 2015** by service through the Office of the Secretary of State, Albany, New York, thereof to defendant, **EUAM FISHERIES (USA), LLC D/B/A EUAM FISHERIES USA**, within the COUNTY OF BROWARD, and on **December 29, 2015**, by personal service, thereof to defendant, **XIAO LING**, within the COUNTY OF PALM BEACH, and more than 30 days having elapsed since the day of completion of service and the time of said defendant to appear and answer having expired, and the said defendant not having appeared and answered herein.

NOW, ON MOTION OF DARREN J. EPSTEIN, ESQ, P.C., attorneys for the plaintiff it is, ADJUDGED that **SUNRISE FOOD TRADING, INC.**, plaintiff located at **4 BUCHMAN COURT, BRIDGEWATER, NEW YORK 13313** have judgment and recover of **EUAM FISHERIES (USA), LLC D/B/A EUAM FISHERIES USA** and **XIAAO LING**, defendant located at **1881 N POWERLINE ROAD, POMPANO BEACH, FLORIDA 33069** and **8512 SERENA CREEK AVENUE, BOYNTON, FLORIDA 33473**, in the amount of **$258,931.00** with interest in the amount of **$10,406.90** with costs and disbursements, as taxed by the clerk, amounting in all to the sum of **$269,872.90**, and that plaintiff have execution therefore.

Clerk

NANCY T. SUNSHINE
Clerk

DEFAULT JUDGMENT
FEE PAID 45.00

2016 FEB 26 AM 8:57