**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:

                                              Case No.: 20-23376-EPK

XIAO LING                              Chapter: 7

        Debtor.
_____

## CERTIFICATE OF SERVICE

**I HEREBY** certify that on December 21, 2020, I served the *Motion to Avoid Judicial Lien on Exempt Property* [E.C.F. 12] via CM/ECF to the following participants:

Office of the United States Trustee
ustpregion21.mm.ecf@usdoj.gov

Nicole Testa Mehdipour, Trustee
Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;
FL80@ecfcbis.com; ntm@trustesolutions.net; BCasey@ntmlawfirm.com

**I HEREBY** certify that on December 21, 2020, I served the *Motion to Avoid Judicial Lien on Exempt Property* [E.C.F. 12] on:

Sunrise Food Trading, Inc.
c/o Ping Song (Registered Agent and President)
163 Washington Valley Road, Suite 103
Warren, NJ 07059

Credit Counsel, Inc.
c/o Christopher Mihoulides (Registered Agent and Officer)
8362 Pines Blvd., Suite 316
Pembroke Pines, FL 33024

Respectfully submitted,

KLEIN LAW GROUP, PA
4800 N. Federal Hwy., Suite B-307
Boca Raton, Florida 33431
Tel:    (561) 353.2800
Fax:    (561) 353.1250
Email: filings@kleinattorneys.com
Attorney for Debtors

By: */s/ Eric Klein*_____
      Eric N. Klein
      Florida Bar No.: 0035985

KLEIN LAW GROUP, P.A.
4800 N. FEDERAL HWY., SUITE B-307, BOCA RATON, FLORIDA 33431
TEL: (561) 353-2800 • FAX: (561) 353-1250 • EMAIL: ENK@KLEINATTORNEYS.COM

Page 2 of 2