

**ORDERED in the Southern District of Florida on January 19, 2021.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:

XIAO LING

    Debtor.

Case No.: 20-23376-EPK
Chapter: 7

### ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY

**THIS CAUSE** having come before the court upon the Debtor's *Motion to Avoid Judicial Lien on Exempt Property* [E.C.F. 12] without objection, and the movant by submitting this form of order having represented that the motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the motion, and that the form of order was attached as an exhibit to the motion, accordingly it is **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. That the lien placed by Sunrise Food Trading, Inc., and Credit Counsel, Inc., ("CREDITORS") in the amount of $269,872.90 plus interest, recorded on February 12, 2020 in Book 31220, Page 1879-1881, of the Public Records of Palm Beach County, Florida, and on February 12, 2020 in Book 31220, Page 1871-1878, of the Public Records of Palm Beach County, Florida, on the following property:

> LOT 223, TRAILS AT CANYON – PLAT THREE, according to the plat thereof, as recorded in Plat Book 113 at Page 174, of the Public Records of Palm Beach County, Florida
>
> Parcel I.D.: 00-42-45-29-12-000-2230
>
> Street Address: 8512 Serena Creek Ave., Boynton Beach, FL 33473

is hereby voided.

###

**Submitted by:**
Eric N. Klein, Esq.
Klein Law Group, P.A.
4800 N. Federal Highway, Suite 307-B
Boca Raton, FL 33431
Tel. (561) 353-2800

**Attorney Klein is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order and shall file a certification of service with the Clerk of the Court.**