Guangyi Li

3704 San Simeon Cir.
Weston, FL 33331
(786) 942-5924
usguangyi@gmail.com



February 25, 2021

20-23376-EPK

Erik P. Kimball
Flagler Waterview Bldg
1515 N Flagler Dr. #801
West Palm Beach, FL 33401

Your honor,

I am Guangyi Li, one of the victims of debtor Xiao Ling in this case, I am very sorry for missing the Meeting of Creditors set on 01/12/2021 at 8:30 pm, since I received the letter of Notice of Chapter 7 Bankruptcy Case, #20-23376-EPK on 01/13/2021. It was one day late, but I still tried to access the meeting several times with the number and the password provided, but unfortunately, it was not activated. Can you reschedule another meeting for us?

According to the Article 9 of the Notice, the following are my objections and opinions:

I firmly oppose the debtor Xiao Ling's discharge and bankruptcy petitions. The debtor should not be entitled to receive a discharge of any debts under any of the subdivisions. I assert that the discharge should be denied.

The debtor Xiao Ling does not meet the basic requirements and conditions of bankruptcy. It is not just a normal debt and simple money issue, but unscrupulous private fraud. He intends and plans to exploit loopholes in the American legal system to deliberately defraud our hard-earned money, then file for bankruptcy to escape debts. He misuses the advantage of American democracy and freedom, and threatens us that we are illegal to ask him to return our money, and arrogantly provokes us to sue him in court. This has constituted a systematic fraud, and hurt the heart of the kind people. Here is the facts and reasons:

1. He never follows the rules, He has so many defendant lawsuit records and bad credit records, so many bad reputations and being sued by so many people is enough to prove him to be a deliberate fraud. Since he had no money to pay the debt, where has he gotten the money to pay the lawyers to deal with so many cases? If he has money to pay the lawyers, why can't he pay off the debt step by step? It is obviously contradictory. This shows that he has money, just deliberately refuses to pay the debt, it is very possible for him to conceal money by transferring assets to outside of the U.S. (Can we ask him to show evidence and provide usage records).

2. He is a habitual liar, and he is very hypocritical. He uses the name of the business to slander, boast that his business has an annual income of tens of millions, deceive the victim with false financial information, and make people believe that his business is very big, just temporarily needs cash flow. In fact, he defrauded money not for business needs at all, he has never run the business seriously, if he needed money for business, why not get a loan from the bank, but cheat the kind heart victims? This shows that he already has been infamous and well-known with debts and bad records, and cannot be trusted and get the loans of the bank.

All the facts show he used the victim's hard-earned money to squander: splurge everywhere. He bought a luxury car and mansion and packaged himself as a successful person.

He showed off the photos of his family luxury homes in China in the public media from time to time, in order to convince people to believe that he is a rich guy, then get into his trap. (or Please ask him to show the spend records to provide evidence).

3. He never keeps his promises. He said to me that I am the only one he borrows money from since I am a nice person, and always try my best to help others whoever need, even I don't have enough money. He asked me to help him find someone else to borrow money from, and promised to pay it back in 1~2 months. I agreed to try it and I did helped him to get the money. but with various excuses, many years passed and it is still indefinite. He told me that he had used up his credit card limit and begged me to pay for him with my credit cards twice, promised to pay the bill at the end of the month, but after receiving the credit card bills, he ignored it.

From the end of 2016 to 2018, he traveled back to China several times, and promised to me that he is going to sign a contract to sell his luxury house in China and then pay me the money back. As a result, after he returned back, he made an excuse that the buyer failed to get the loan, so the transaction couldn't be completed.

So far, his fraud has been finally known in the public, then we all realized his whole scam. He has become notorious and stigmatized. I lost my job and exhausted all my energy and time because of it, so that my life was completely ruined. I am now in a difficult situation and have no income, my 2 kids currently need money for college, I just need my money back, I'm 63 years old. How many years can I wait?

4. He never tells the truth. He promised to sell the house to pay back if he still has not enough money available on the due date. In order to trick us to believe him, he put a sales sign in front of his house, took a picture and sent it to us, then he took the sign off. When I asked him why he took the sale sign off, he used all kinds of excuses to explain: first he said that he is afraid to lose fame, soon he changed to say even the house was sold, the money is still not enough for the business, then, with another excuse: he is not the only owner for the house, later, he changed again, said these little debts is not worth for him to sell his mansion. Yes, according to Florida

law, we have no right to force him to sell the house, but he should keep his promise to sell the house and repay his debts.

5. He refused to answer my calls, and blocked all communication channels, and disappeared in late 2018. What should we do? We tried to contact him in a few different ways, he threatened us and said that we harass him. We have no way to go, then only sue him in court. He asked me to withdraw from the lawsuit through a friend and promised to pay back the money. But after I withdrew, he still blocked my calls without answering. He never cares for his benefactors. Not only did he never be grateful to the kind people who helped him, he even hurt us with bad words. As a result, one of the victim, Zhou Yu, was severely injured. She got very sick and almost broke down. She cried every time she called me. I was worried about an accident, so I found Xiao Ling and told him about it. I'd rather let him delay paying me back and asked him to pay Zhou Yu first. He promised to pay Zhou Yu off immediately, but soon stopped paying after a few times. We kindly reminded him to avoid unexpected bad things happening, he said we intimidate him.

Your Honor, I don't ask for much. I just doubt that the information provided by a habitual liar, a shameless rascal can be true? I expect the court to get the truth through polygraphs and investigations, review his company and personal financial records, and investigate his overseas assets. I only ask for my principal back and attorney fees. As for the mental devastation and psychological injury, as well as the serious consequences caused by time waste, the loss is immeasurable. I just implore the court to make the right and appropriate decision based on the facts and truth.

We are well aware that the Florida law cannot force the auction of houses or the sale of assets if it is a normal loan or actual debt, because this is out of human considerations, and I totally agree. However, different cases should be treated differently, and the truth should be thoroughly clarified. As mentioned above, this is not a simple debt issue, but it's actually a malicious fraud, which is obvious to all and everyone knows. The victims' living conditions are not as good as his. He lives in a luxurious mansion, drives a luxury car, shows off everywhere, and travels around the world. However, his wealth is not earned from his work, but tricked the hard-earned and saved money from the thrifty victims.

In short, in this great country, the notorious, lawless wicked person cannot be allowed to escape with impunity. The evil should be punished, so as to protect the righteous people and innocent victims, In doing so, It will purify and improve our society, our country will become more peaceful, and get better with fairness and justice.

Thank you very much.

Sincerely yours

Guangyi Li

Attached here is the detailed information of our prosecution file (CASE No.: 502019CA004662XXXXMB), FYI:

Plaintiff Guangyi Li's General Allegation Against Defendant XIAO LING

29. Defendant XIAO LING requested some loans from Plaintiff GUANGYI LI, starting from Jul. 2016. Defendant introduced himself to Plaintiff GUANGYI LI as a successful businessman with monthly revenue of $1-2 millions. Defendant also showed Plaintiff GUANGYI LI his big house (the homestead in Florida) and luxurious car. Meanwhile, Defendant told Plaintiff GUANGYI LI that his project was very profitable.

30. Defendant XIAO LING also claimed his so-called title of President of Chinese Association of Science and Technology, South Florida Chapter (hereafter "CAST-SFL"). In fact, as Plaintiff GUANGYI LI's later realized, Defendant had used his such title in many occasions to defraud and win trust of lenders. Plaintiff GUANGYI LI was somehow fooled by Defendant's trick too and lent $10,000 on Jul. 30, 2016 to Defendant who promised to repay in two months. See Exhibit "D." Defendant failed to repay until the date of filing this Complaint after Plaintiff GUANGYI LI requested his repayment many times.

31. On Aug. 5, 2016, Defendant XIAO LING requested another loan $20,000 from Plaintiff GUANGYI LI. Plaintiff GUANGYI LI helped Defendant borrow from Plaintiff's friend in Plaintiff's name. Defendant XIAO LING promised to repay in one month. On Jan. 18, 2017, Defendant repaid $7,000. Until today, Defendant XIAO LING has failed to repay the balance $13,000 until the date of filing this Complaint after Plaintiff GUANGYI LI requested many times via phones, social media and personal visits. See Exhibit "E" for Defendant's promissory note to Plaintiff GUANGYI LI.

32. On Sep. 17, 2016, Defendant XIAO LING asked Plaintiff GUANGYI LI to pay for him some logistic cost for the newly established CAST-SFL, with an amount of $9,216.05. Defendant XIAO LING stated to Plaintiff that he couldn't use his personal credit card as the credit ceiling had reached. Defendant XIAO LING promised that he would repay Plaintiff GUANGYI LI the same night after fundraising and collecting new member fees of CAST-SFL. Plaintiff GUANGYI LI at this moment was still in trust of Defendant, as Defendant did attract some new members for CAST-SFL. Plaintiff GUANGYI LI paid for Defendant XIAO LING an amount of $9,216.05 by using his personal credit card. See Exhibit "F." However, Defendant XIAO LING breached his promise and failed to repay until the date of filing this Complaint, two and a half years from the date of his promised repayment.

33. On Sep. 22, 2016, Defendant XIAO LING again requested Plaintiff GUANGYI LI to use Plaintiff's credit card to pay for Defendant's new equipment. Defendant XIAO LING promised that he would repay when the credit card bill statement arrived. Plaintiff GUANGYI LI helped pay with credit card an amount of $7,683.00 for Defendant. However, after the bill arrived, Defendant XIAO LING refused to pay. See Exhibit "G."

34. In Oct. 2016, Defendant XIAO LING promised to repay Plaintiff GUANGYI LI. Defendant XIAO LING told Plaintiff that he would sell his house in China and repay soon. However, until today, Defendant hadn't shown any proof of his actual action in selling his house in China.

35. On Apr. 26, 2017, Defendant XIAO LING promised Plaintiff GUANGYI LI that he would repay all loans before the end of May 2017. After the deadline passed, Defendant XIAO LING didn't repay a penny.

36. On Jan. 17, 2018, after Plaintiff GUANGYI LI called Defendant XIAO LING and his wife Defendant JIANGNING REN for a whole morning in vain, Plaintiff drove for one hour to Defendant's home, however, Defendant XIAO LING battered Plaintiff. Plaintiff didn't counter-batter.

37. In Mar. 2018, Defendant XIAO LING, upon Plaintiff's several requests, promised that he would return China to sell his luxurious house. Once again, he didn't show any proof of his actual action in selling any alleged real property of him in China.

38. On Mar. 4, 2018, because Plaintiff GUANGYI LI's son was going to college, Defendant XIAO LING replied to Plaintiff GUANGYI LI's message that he would repay all the loans in two months with a deadline on May 6, 2018 by using all means, including selling off his current real property. However, after the two months expired on May 6, 2018, Defendant XIAO LING didn't do anything in attempting to repay the loans of $39,899.05 to Plaintiff GUANGYI LI.

39. On Nov. 28, 2018, Defendant XIAO LING once again promised to repay in three months to Plaintiff GUANGYI LI. However, Defendant's promise has never been fulfilled.

40. Afterwards, Defendant XIAO LING started refusing to communicate with Plaintiff GUANGYI LI by changing his phones several times, later on, Defendant completely blocked Plaintiff GUANGYI LI and refused to communicate with him via any means, inter alia, WeChat and phones.

41. Defendant XIAO LING kept posting all types of his luxurious lifestyle on social media, including his spending time in cruises, golf courses both in China and America, his luxurious dinners with friends, his vacation of skiing with his family, etc., during the whole period of Plaintiff GUANGYI LI's requests of repayment of his loans. See Exhibit "I."

42. Defendant XIAO LING publicly claimed that the legal system in the United States couldn't touch his any interest and his homestead was well protected by Florida laws, so nobody could sue him. On the contrary, he threatened that he would sue Plaintiff GUANGYI LI, along with other Plaintiffs in the above-styled cause of action, alleging Plaintiffs had ruined Defendant's reputation.

43. Until the date of filing this Complaint, Defendant XIAO LING failed to repay Plaintiff GUANGYI LI altogether $39,899.05.

44. Plaintiff GUANGYI LI, because of Defendant XIAO LING's failure of repayment, interrupted his business of electronics, causing discontinuing of his business from Oct. 2016 until today. Plaintiff has not able to reestablish his foothold in the industry as the clients have left him and found new suppliers.

Guangyi Li
3704 San Simeon Cir
Weston, FL 33331-5048

MIAMI FL 330
1 MAR 2021 PM 1 L



Judge Erik P Kimball
Flagler Waterview Bldg
1515 N Flagler Dr #801
West Palm Beach FL 33401