Yu Zhou
47003 Mission Falls. Ct #105
Fremont, Ca 94539
(510) 331-4663
yzhou4463@gmail.com



February 28, 2021

Erik P. Kimball
Flagler Waterview Bldg
1515 N Flagler Dr. #801
West Palm Beach, FL33401

Dear Judge Kimball,

I disagree with Xiao Ling's bankruptcy of case #20-23376-EPK. The debtor Xiao Ling is not entitled to receive a discharge of any debts under any of the subdivisions. I strongly request the court to reject his bankruptcy application. Because it is not just a simple debt issue, but it's actually a malicious fraud.

He cheated me in the name of the business that His business is very large and the annual income is tens of millions, he just temporarily needs some money to deposit into Chinese Government project. He promised to repay the money in 2 weeks, but not only did he not keep his promise, he even hurt me deeply with vicious words. He destroyed my health and my marriage: Because he didn't pay back my money, my ex-husband was angry and blamed me, it tore up my family, and finally led to our divorce. From then on, my life got worse and worse, and I got depression and anxiety. even thought of suicide several times. Later, I heard a lot of bad comments about him: He has very bad credit records, he is sued by a lot of people. He deceives numerous victims, most of them are females. I finally have realized He is a professional scammer. As matter of fact, He lives in a luxurious mansion, drives a luxury car, shows off everywhere, and travels around the world with defrauded money. He showed off the pictures of his family luxury homes in China in order to convince us that he is very rich.

I hope that the court will make a fair and correct judgment by investigating his financial information and his overseas assets.

Thank you very much!
Yu Zhou

The following is information from my prosecution file against him: FYI

Plaintiff Yu Zhou's General Allegation against Defendant
A. Against Defendant XIAO LING

47. Defendant XIAO LING had been a friend of Plaintiff YU ZHOU before any personal loans between Plaintiff YU ZHOU and Defendant.

48. On Aug. 3, 2017, Defendant XIAO LING requested Plaintiff YU ZHOU via WeChat, a Chinese social media, that Plaintiff YU ZHOU granted him a personal loan of $10,000, as Defendant would use it as deposit for a project from China's Commerce Ministry. Defendant promised to repay on Aug. 19, 2017 with an interest of $500. See the promissory note in Exhibit "H."

49. Defendant XIAO LING claimed that he had already spent $200,000 in the project. He urged Plaintiff YU ZHOU to wire money as soon as possible. Plaintiff YU ZHOU told Defendant that the interest of $500 was not necessary, however, since Plaintiff YU ZHOU would be in Miami on Aug. 19, 2017, Plaintiff requested that Defendant repay on time on Aug. 19, 2017. Defendant XIAO LING agreed.

50. Defendant XIAO LING asked Plaintiff YU ZHOU to wire money to his company bank account, however, Plaintiff couldn't manage to wire the money to such account due to mis-match of bank account name and account number. Then Defendant asked Plaintiff YU ZHOU to wire money to his personal account.

51. On Aug. 7, 2017, Plaintiff YU ZHOU wired $10,000 to Defendant XIAO LING's personal bank account.

52. Afterwards, Defendant XIAO LING asked to borrow more money from Plaintiff YU ZHOU, however, Plaintiff YU ZHOU didn't agree.

53. On Aug. 17, 2019, when Plaintiff YU ZHOU arrived in Miami, Defendant XIAO LING gave a bounced check of $10,000 to Plaintiff YU ZHOU and told Plaintiff that only after his instruction could Plaintiff deposit, as his bank account did not have any fund.

54. Afterwards, Defendant XIAO LING had never instructed Plaintiff YU ZHOU to deposit the check until the date of filing this Complaint.

55. When Plaintiff YU ZHOU planned to purchase a house, Plaintiff requested Defendant to repay the $10,000 loan, Defendant refused.

56. Plaintiff YU ZHOU had to join a WeChat group to find him, however Plaintiff was forced to quit the group by Defendant. After being invited by other group members, Plaintiff YU ZHOU realized that she was not the only one of the victims of Defendant's borrowings.

57. Any time when Plaintiff YU ZHOU attempted to reach Defendant XIAO LING for repayment, Defendant would blame Plaintiff an evil and mean person (by taking an analogy of a traditional character of Chinese evil and mean person whose name was "Huang Shi-ren." Furthermore, Defendant XIAO LING blamed Plaintiff YU ZHOU that Plaintiff exacerbated Defendant's illness by nagging for money.

58. Meanwhile, Plaintiff witnessed on Facebook that Defendant XIAO LING went vacations everywhere frequently. See Exhibit "I."

59. Mainly triggered by the loan of $10,000, Plaintiff YU ZHOU started exacerbating depression to the extent that Plaintiff attempted to commit harm to herself. Another Plaintiff in the above-styled case, GUANGYI LI, after being aware of Plaintiff YU ZHOU's serious situation of depression due to extremely difficult financial situation, proposed to Defendant to pay installments to Plaintiff YU ZHOU as priority. The proposed payment by installments was weekly payment of $500-1000 from Defendants XIAO LING and JIANGNING REN to Plaintiff YU ZHOU. Defendant and his wife agreed. However, after paying a total amount of
$1,800, Defendant started to default completely.

60. Plaintiff YU ZHOU was diagnosed with sinusitis soon after the loan and in urgent need of money for surgery, as the doctor told Plaintiff that any delay would likely cause infection of brain. Plaintiff was in despair and begged Defendant to repay many times. However, Defendant told Plaintiff YU ZHOU, "You got disease, so go to your doctor. Don't bother me."

61. On Feb. 16, 2018, Defendant XIAO LING threatened that he would never return any money if Plaintiff YU ZHOU didn't return his bounced check of $10,000 that had never been deposited by Plaintiff YU ZHOU.

62. After many tries of asking Defendant XIAO LING to repay the loan, Defendant. XIAO LING after repaying $1,800 altogether, stopped paying one additional dollar to Plaintiff YU ZHOU until today.

Yu Zhou
27003 Mission Falls Ct #105
Fremont, Ca 94539

MIAMI FL 330
9 MAR 2021 PM 6 L

Erik P. Kimball
Flagler Waterview Bldg
1515 N Flagler Dr. #801
West Palm Beach, FL 33401

33401-343101

FOREVER USA