Guang Zu Wang

2120 Delta St, Port Charlotte, FL 33952

(646)266-2198

Erik P. Kimball
Flagler Waterview Bldg
1515 N Flagler Dr. #801
West Palm Beach, FL33401



Object to Discharge for case 20-23376-EPK from Guang Zu Wang

Honorable Judge,

I wish to object strongly to this discharge for the following reasons:

1, He concealed facts and gave false information.

-I never want to lend the fund to Xiao Ling if he tells me that he has had loans from somebody else and the true financial status of his business. Because the $60,000 cash was saved many years for our son's college tuition by my wife; It was very important for him to attend college in CA in September 2017. Debtor Xiao Ling fully knew that he could never return the money on time, but he still signed the agreement and guaranteed he would repay before Sept,2017.

2, He is not doing business at all, he using his company to defraud money.

- In Dec 2016, Xiao Ling tricked me to join his new company US Fine Food, Inc at 1881 N Powerline Rd, Pompano Beach, FL 33069 which doing blue crab to China. I deposited over $70,000 in the Us Fine Food's bank account in the following days. At same time he asked for personal loan, he said his business (Euam Fisheries LLC at 1881 N Powerline Rd, Pompano Beach) need some cash flow to spend. In order for us to trust him, he invited me and my wife to visit his fancy house in west palm beach. After that he also showed us some photos of his luxurious valuable house and a whole set of priceless sandalwood furniture in Beijing, China in his ware house at 1881 N Powerline Rd, Pompano Beach, FL. He told us that as a successful businessman, also president of Science and Technology Association, South Florida Chapter he

would never break his promise, besides, he has owned Euam Fisheries LLC with an annual revenue of 5 million since 2004. The loan is very small money for him. He should and must pay back before September,2017. No doubt, I lent him $20,000 in Dec,2016; $30,000 in Feb,2017 and $10,000 in Apr,2017.

-In July, 2017, I was told that he had been sued by landlord for defaulting on rent($3,500/monthly). He had not paid the rent since April, 2017. I had to negotiate with the landlord and help him pay the rent in arrears and hoped that he could continue to do our blue crab business. He promised that he would pay me back the loan$60,000 and the rent what I helped before Sept 2017. He guaranteed that he would pay for the rent on time to ensure the smooth progress of the business. Two months later, landlord told me that he never paid the rent after Septerber,2017.

-In Dec 14, he asked me and my wife to meet him in McDonald at 1 SW 26th street Ave in Pompano Beach. He told us he just got a $2 million venture capital and the money would soon arrive in his bank account. If we could grant addition $30,000 loan to his business (Euam Fisheries Co), he promised that he would return the new and old loans together in a few days. We refused it. I questioned him why he only paid 3 months' rent after taking my investment $70,000 and personal loan $60,000 and how he spent it. He refused to answer me.

3, He never keeps his promises and fools us with lies.

-From September 2017, my wife and I have attempted so many times to request repayment, he always promised that he would certainly pay back soon and further guaranteed that he got his homestead and 5M business in Florida, as well as valuable property in China, $60,000 debts were nothing for him. Until to today he never pays any penny.

4, Obviously he knows American Legal Laws. He knows well these unsecured loans; he doesn't have to pay a penny as long as he files for bankruptcy. This is why he never borrows secured loans.

-In Feb 2018, I met Xiao Ling at the same location of McDonald in Pompano Beach and told him if he keeps defaulting in repaying the loans. I would sue him in the court. He threatened that landlord sued him in court for the defaulted rent and the landlord couldn't get one penny from him, on the contrary, he counterclaimed the damaging of his personal property. So, he said don't try to sue him to get money. He also threatened to file bankruptcy if I kept nagging for monies.

The above statements are based on facts, I also keep some evidences to prove it.


Yours sincerely,

Guang Zu Wang

*Wang Guang Zu*

03/07/2021

**PRIORITY® MAIL**

Retail

POSTAGE PAID
$7.95
Origin: 33948
03/09/21
1178170482-23

MAIL 2-DAY®

0 Lb 2.00 Oz
1006
03/12/21
C035

401-3431

TRACKING® #



068 7853 40

FROM:
Guang Zu Wang
2120 Delta St
Pt Charlotte, FL 33952

TO:
Erik P. Kimball
Flagler Waterview Bldg
1515 N Flagler Dr #801
West Palm Beach, FL 33401

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.